```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/11/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
LUIS HERNANDEZ,

        Plaintiff,

  - against –

GIANNA'S DILEGGE & DEMEGLIO, LLC (DBA GIANNA'S), CARMINE DEMEGLIO, AND ANTHONY DILEGGE, Individually,

        Defendants.
-----------------------------------------------------------------------X

Case No.: 1:24-cv-08699-MKV

**(PROPOSED) JUDGMENT**

      **WHEREAS**, an Acceptance of Offer of Judgment Pursuant to Fed. R. Civ. P. 68 having been filed by Plaintiff Luis Hernandez ("Plaintiff") on February 25, 2025; it is

      **ORDERED AND ADJUDGED** that judgment is hereby entered in favor of Plaintiff and against Defendants Gianna's Dilegge & Demeglio, LLC (DBA Gianna's), Carmine Demeglio, and Anthony Dilegge, Individually, (collectively "Defendants") jointly and severally, in the amount of $25,000.00, inclusive of attorneys' fees and costs, in full and final resolution of all of Plaintiff's claims in this action.

Dated:  Bedford Hills, New York
           February 21, 2025


Date: March 11, 2025
New York, New York

                                  Mary Kay Vyskocil
                                  United States District Judge